

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00041-CR

**MILTON LEE GARDNER,**

**Appellant**

 v.

**THE STATE OF TEXAS,**

**Appellee**

**From the 77th District Court
Limestone County, Texas
Trial Court No. 13074-A**

## O R D E R

Milton Lee Gardner's motion for rehearing filed on October 30, 2015 is denied.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed December 3, 2015

